[No. 36335-2-I.    Division One.    August 25, 1997.]

DAVID LAWLER, ET AL., *Appellants*, v. ROBERT GREEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-01159-6, Peter Jarvis, J., entered February 24, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Coleman, J.

[No. 36836-2-I.    Division One.    August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY MEADE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 94-2-00134-0, Joan H. McPherson, J., entered May 2, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 37004-9-I.    Division One.    August 25, 1997.]

ANTHONY S. KARUZA, D.P.M., *Appellant*, v. LAW OFFICES OF PAUL N. LUVERA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-22632-2, Sharon S. Armstrong, J., entered June 27, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.

[No. 37288-2-I.    Division One.    August 25, 1997.]

MARIA ROSAS, *Appellant*, v. IVAR'S, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-06733-8, George A. Finkle, J., entered August 4, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Agid, JJ.